**Order filed March 25, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00195-CV

_____

## SUSAN DAVIS VAN DYKE ET AL., Appellants

## V.

## H & S FARMS, INC. ET AL., Appellees

**On Appeal from the 118th District Court**

**Martin County, Texas**

**Trial Court Cause No. 6848**

## O R D E R

Appellants have filed in this cause an unopposed motion to abate this appeal or, alternatively, to extend the time in which to file Appellants' briefs. Appellants request that this appeal be abated pending the outcome of a related case that may affect the matters at issue in the instant appeal. The related case is Texas Supreme Court Cause No. 21-0146, *Susan Davis Van Dyke et al. v. The Navigator Group et al.*, in which Appellants intend to file a petition for review from this court's December 31, 2020 decision in Cause No. 11-18-00050-CV. Appellants have

informed this court that the issues in the instant appeal will be similar to those in the related case. According to Appellants, "the active appellees in this royalty dispute" do not oppose the motion. After considering Appellants' motion, we are of the opinion that, for purposes of judicial economy, the motion to abate should be granted. Accordingly, we grant the motion to abate and abate the appeal in the instant cause.

This appeal is abated until further order of this court or until the Texas Supreme Court disposes of Cause No. 21-0146, *Susan Davis Van Dyke et al. v. The Navigator Group et al*.

PER CURIAM

March 25, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.[1]

Williams, J., not participating.

---

[1] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.